**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Xiamen Huangyudu Cosmetics Co., Ltd., | |
| *Plaintiff*, | **Case No. 2:25-cv-2734-TL** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE AND FOR EXTENSION OF TIME** |
| Interlink Products International, Inc. and Eli Zhadanov, | |
| *Defendants*. | |

This matter comes before the Court on Plaintiff's Unopposed Motion for Relief from Deadline and for a Two-Week Extension of Time to Respond to Defendant's Motion to Dismiss. The Court, having considered the motion and the record, finds good cause for the requested relief.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Plaintiff's deadline to respond to Defendant's Motion to Dismiss, Dkt. 17, is extended from April 17, 2026 to May 1, 2026.

IT IS SO ORDERED.

DATED this 15th day of April, 2026.

_____
 Honorable Tana Lin
 United States District Judge

-1-